# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID HOLLETT, | Case No.: 2:22-cv-01931-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 4) |
| DIRECTOR OF NURSING, et al., | |
| Defendants. | |

On November 15, 2022, Plaintiff David Hollett filed an application to proceed *in forma pauperis*, along with a complaint. Docket No. 1. On November 21, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice, as Plaintiff failed to use the correct form for inmates. Docket No. 3. The Court gave Plaintiff until January 20, 2023, to either file a new fully complete application to proceed in forma pauperis, and instructed him as to how to do so, or to pay the $402 filing fee. *Id*. at 1-2. Further, the Court instructed the Clerk's Office to send Plaintiff the approved form application, along with instructions. *Id*. at 2. *See also* Docket No. 3-1.

On November 29, 2022, Plaintiff filed a motion wherein he seeks clarification of the Court's order at Docket No. 3. Docket No. 4. The Court finds that its order was sufficiently clear. Accordingly, Plaintiff's motion for clarification is hereby **DENIED**.

IT IS SO ORDERED.

DATED: December 6, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE